UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Lisa Estep v. Bayer HealthCare Pharmaceuticals Inc., et al.*     No. 10-cv-10726-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 13, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Caitlin Fischer*
           **Deputy Clerk**

**Dated:** May 15, 2014

**APPROVED:**

Digitally signed by David R. Herndon
Date: 2014.05.15 11:41:01 -05'00'

      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**